UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 MAR -8 AM 11: 25

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD A. LAWSON,<br><br>Defendant. | CASE NO. _____<br><br>JUDGE<br><br>INDICTMENT<br><br>18 U.S.C. § 371<br>18 U.S.C. §§ 922(g)(1) & (g)(9), 924(a)(2), and 2(a) |

2:18 cr 060

Judge Sargus

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Conspiracy to Sell and Dispose of a Firearm to a Prohibited Person and to Possess a Firearm by a Prohibited Person)

1. Beginning in or about May 2017, continuing to and including February 11, 2018, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendant, **GERALD A. LAWSON**, and Quentin L. Smith (not named as a defendant in this Indictment) did knowingly and willfully combine, conspire, confederate, and agree with each other to commit the following offenses against the United States:

   a) to sell and otherwise dispose of a firearm to a person, knowing and having reasonable cause to believe that such person had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d)(1);

   b) to sell and otherwise dispose of a firearm to a person, knowing and having reasonable cause to believe that such person had been convicted in a court of a misdemeanor crime of domestic violence, in violation of Title 18, United States Code, Section 922(d)(9);

c) to possess, and facilitate the possession of, a firearm, in or affecting interstate commerce, unlawfully, by being, or assisting, a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1); and

d) to possess, and facilitate the possession of, a firearm, in or affecting interstate commerce, unlawfully, by being, or assisting, a person who had been convicted in a court of a misdemeanor crime of domestic violence, in violation of Title 18, United States Code, Section 922(g)(9).

## OBJECT OF THE CONSPIRACY

2. The object of the conspiracy was for **GERALD A. LAWSON** to facilitate Quentin L. Smith—who was prohibited by law from purchasing or possessing a firearm—in obtaining and possessing a firearm.

## MEANS AND METHODS

3. At all times during the conspiracy, Quentin L. Smith was prohibited from purchasing or possessing a firearm under federal law due to prior convictions for Burglary and Domestic Violence. **GERALD A. LAWSON**, however, was not prohibited from purchasing or possessing a firearm. As part of the conspiracy, **GERALD A. LAWSON** purchased a Glock manufactured, Model 27 Generation 4, .40 caliber semi-automatic handgun, bearing serial number BBGF164, from a federally licensed firearm dealer doing business as Stonewall Gun Shop and Pistol Range, located in Broadview Heights, Ohio. In the process, **GERALD A. LAWSON** certified that he was the actual transferee/buyer of the handgun and that he was not acquiring it on behalf of another person. As further part of the conspiracy, **GERALD A. LAWSON** sold and otherwise disposed of the Glock handgun to Quentin L. Smith.

## OVERT ACTS

4. In furtherance of the conspiracy, and in order to effect the object of the conspiracy, the following overt acts, among others, were committed in the Southern District of Ohio and elsewhere by one or more of the co-conspirators:

   a) On or about May 18, 2017, **GERALD A. LAWSON** purchased a Glock manufactured, Model 27 Generation 4, .40 caliber semi-automatic handgun, bearing serial number BBGF164 (hereinafter, "the Glock handgun"), from a federally licensed firearm dealer known as Semi-Arms, Inc., doing business as Stonewall Gun Shop and Pistol Range, located in Broadview Heights, Ohio. In the process, he certified on a Firearms Transaction Record, or ATF Form 4473, that he was the actual transferee/buyer of the Glock handgun and that he was not acquiring it on behalf of another person.

   b) Between May 18, 2017, and February 10, 2018, the exact date being unknown to the Grand Jury, **GERALD A. LAWSON** did knowingly sell and otherwise dispose of the Glock handgun to Quentin L. Smith, knowing and having reasonable cause to believe that Smith had been convicted of a crime punishable by imprisonment for a term exceeding one year and a misdemeanor crime of domestic violence, as those terms are defined in Title 18, United States Code, Section 921.

   c) On or about February 10, 2018, in Westerville, Ohio, Quentin L. Smith, having previously been convicted of Burglary, a crime punishable by imprisonment for a term exceeding one year, as well as Domestic Violence, a misdemeanor crime of domestic violence, in case number CR-08-517866-A, in the Cuyahoga County Court of Common Pleas, located in Cleveland, Ohio, knowingly and unlawfully possessed the Glock handgun, in or affecting interstate commerce.

**All in violation of 18 U.S.C. § 371.**

3

## COUNT 2
### (Aiding and Abetting a Prohibited Person in Possession of a Firearm)

Beginning on or about May 14, 2017, continuing to and including February 10, 2018, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendant, **GERALD A. LAWSON**, did knowingly aid, abet, counsel, command, induce, and procure the commission of an offense against the United States—to wit, the knowing possession of a firearm, in or affecting interstate commerce, by a prohibited person—specifically, the knowing possession of a Glock manufactured, Model 27 Generation 4, .40 caliber semi-automatic handgun, bearing serial number BBGF164, by Quentin L. Smith, who had previously been convicted of Burglary, a crime punishable by imprisonment for a term exceeding one year, as well as Domestic Violence, a misdemeanor crime of domestic violence, in case number CR-08-517866-A, in the Cuyahoga County Court of Common Pleas, located in Cleveland, Ohio, on or about May 26, 2009.

**In violation of 18 U.S.C. §§ 922(g)(1) & (g)(9), 924(a)(2), and 2(a).**

A TRUE BILL

s/Foreperson
**FOREPERSON**

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

_____
**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**

4