IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,      NOTICE
vs.               Case No. 2:18-cr-60
               CHIEF JUDGE SARGUS

**GERALD A. LAWSON,**

      Defendant.

**TAKE NOTICE** that a proceeding in this case has been **set** for the place, date, and time set forth below:

Place: United States District Court   **COURTROOM #2**
    Joseph P. Kinneary U.S. Courthouse
    85 Marconi Boulevard      **MARCH 13, 2018 at 9:30 A.M.**
    Columbus, Ohio 43215

TYPE OF PROCEEDING: **ARRAIGNMENT ON INDICTMENT**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                **EDMUND A. SARGUS, JR.**
                **UNITED STATES CHIEF DISTRICT JUDGE**

DATE: March 8, 2018

                /s/ Melissa Saddler
               (By) Melissa Saddler, Deputy Clerk