BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: February 12, 2018



## FIREARMS TRACE SUMMARY

Trace Number: T20180049077    Request Date: February 10, 2018    Completion Date: February 12, 2018

TERESA PETIT
COLUMBUS FIELD OFFICE
230 WEST STREET, SUITE 300
COLUMBUS, OH 43215
PHONE: (614) 827-8450 Ext:
FAX (614) 469-2267

Badge No:
Investigation No:

### FIREARM INFORMATION

Manufacturer: GLOCK INC.
Model: 27GEN4
Caliber: 40
Serial Number: BBGF164
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 02/10/2018
Time to Crime: 268 days

310 CROSS WIND DR
WESTERVILLE, OH 43081
Possessor: QUENTIN L SMITH
DOB:
POB: UNITED STATES

### PURCHASER INFORMATION

Purchase Date: 05/18/2017

GERALD AURTHER LAWSON
WARRENSVILLE HTS. OH
DOB:
POB: CLEVELAND, OH UNITED STATES
Race: BLACK            Height: 6 ft 2 in
Sex: Male              Weight: 195 lbs
ID 1: SOCIAL SECURITY:
ID 2: OH DRIVER'S LICENSE:

### DEALER INFORMATION        FFL: 43437541

STONEWALL RANGE
100 KEN MAR IND PKWY
BROADVIEW HEIGHTS, OH 44147-0000
Phone: (440) 526-0029    Ship-To-Date: 03/11/2016
Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

Additional Remarks:
4473 LISTED THE MIDDLE NAME AS AURTHER
4473 LISTED THE ZIP CODE AS 44128 - THE SYSTEM WILL NOT ACCEPT THIS ZIP CODE - VERIFIED CORRECT IN FLS.

The information in this report must be validated prior to use in any criminal proceedings.

LA-000011