UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

Criminal Action 2:18-cr-60
Chief Judge Edmund A. Sargus, Jr.

GERALD LAWSON,

Defendant.

## OPINION AND ORDER

This matter is before the Court on Defendant Lawson's Motion for Reconsideration of Pretrial Detention Order (ECF No. 20.)  Defendant requests to be released pending trial in this matter.  For the reasons stated in open court on the record during the hearing on April 16, 2018, Defendant's Motion is **DENIED**.  The Court finds that no condition or combination of conditions will reasonably ensure the protection and safety of any person or the community.  The Court **ORDERS** that Defendant's detention shall continue.

**IT IS SO ORDERED.**

\_\_4-16-2018_____
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE