# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**          **NOTICE**

**v.**          **Case No. 2:18-cr-60**

         **CHIEF JUDGE SARGUS, JR.**

**GERALD A. LAWSON,**

        **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court          **COURTROOM #2**
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard          **MAY 31, 2018 at 1:30 P.M.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **CHANGE OF PLEA**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

        **EDMUND A. SARGUS, JR.**
        **UNITED STATES CHIEF DISTRICT JUDGE**

DATE:  May 22, 2018

          /s /   Christin M. Werner
        (By) Christin M. Werner, Deputy Clerk