# **CRIMINAL MINUTES**

2:18-cr-60
USA v. Gerald A. Lawson
(Custody)

## **CHANGE OF PLEA**

### **Hearing held on THURSDAY, 5/31/2018
1:30 P.M.
before Chief Judge Edmund A. Sargus, Jr.**

For Govt: Noah Litton

For Deft:   George Chaney

Court Reporter: Darla Coulter

Courtroom Deputy: Christin Werner

    Defendant changes plea to GUILTY on Count 2 of the Indictment.
    PSI ordered.
    Defendant to remain in custody.