# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD A. LAWSON,

    Defendant.

Criminal Action 2:18-cr-60
Chief Judge Edmund A. Sargus, Jr.

## ORDER

As stated in open court, there no longer exists a need to seal the signed Plea Agreement.

Accordingly, the Court directs the clerk to **UNSEAL** the document.

IT IS SO ORDERED.

5-31-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE